

1350 Broadway, Suite 2220, New York, NY 10018
phone: 646-843-8181 | fax: 646-478-9768
llk@mintzerfirm.com | www.mintzerfirm.com
Laura L. Koistinen, Attorney At Law

March 29, 2022

VIA ECF
Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Kastrati vs. Progress of People Management Corp., et. al,*
              Docket No. 18 Civ. 6731 (LDH) (LB)

Dear Judge Bloom:

      We represent plaintiff Refki Kastrati. I am writing to inform the Court that yesterday the parties reached an agreement-in-principle to settle this case. We will be working to document that settlement and to file a stipulation of dismissal in the coming weeks. Because of the parties' agreement-in-principle, we respectfully request, with the consent of defendants, that plaintiff's response to defendant's recent letter motion to compel plaintiff to execute an authorization for his social security disability records (Dkt. No. 46) be adjourned without date. There has been no previous request to adjourn this submission.

      We are available to answer any questions the Court may have about this request.

                                Respectfully submitted,

                                Laura L. Koistinen

cc:   Catherine R. Tucciarello, Esq. (via ECF)