UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REFKI KASTRATI,<br><br>      Plaintiff,<br><br>vs.<br><br>PROGRESS OF PEOPLES MANAGEMENT CORP., GLORIA MITCHEL, JEANMARIE, TIM HURLEY, HR DEPARTMENT,<br><br>      Defendants. | Case No.: 18-cv-6731 (LDH) (LB)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Refki Kastrati and Progress of Peoples Management Corp. ("POP Management" or the "Company"), Gloria Mitchell, Tim Hurley, Jeanmarie Brusati and POP Management's Human Resources Department (collectively, "Defendants"), by and through their undersigned counsel, that Plaintiff's claims against all current and former named parties to the above-captioned action and the above-captioned action are hereby dismissed in their entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

LAW OFFICE OF KEVIN MINTZER P.C.  
1350 Broadway, Suite 2220  
New York, New York 10018  

By: */s/ Kevin Mintzer*  
  Kevin Mintzer  
  Laura L. Koistinen  

ATTORNEYS FOR PLAINTIFF  
Dated: June 24, 2022  

JACKSON LEWIS P.C.  
666 Third Avenue, 29th Floor  
New York, New York 10017  

By: */s/ Ravindra K. Shaw*  
  Ravindra K. Shaw  

ATTORNEYS FOR DEFENDANTS  
Dated: June 24, 2022  

**SO ORDERED**

Date: July 19, 2022  
   New York, New York  

            s/ LDH  
            Honorable LaShann DeArcy Hall, USDJ